## 36016. KELLEY et al. v. FOSTER.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED MARCH 7, 1980 — DECIDED JUNE 10, 1980.

*C. C. Perkins,* for appellants.
*Wiggins & Camp, William J. Wiggins,* for appellee.